David **ALUVALE**, Plaintiff–Appellant,

v.

**TRULAND SYSTEMS CORPORATION, Defendant–Appellee.**

No. 13–2029.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2014.

Decided: Feb. 20, 2014.

David Aluvale, Appellant Pro Se. Kevin D. Holden, Crystal L. Tyler, Jackson Lewis PC, Richmond, Virginia, for Appellee.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Aluvale appeals the district court's order granting summary judgment to Defendant on Aluvale's claim of discriminatory discharge under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 2003 & Supp.2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by

the district court. *Aluvale v. Truland Sys. Corp.,* No. 1:13–cv–00178–AJT–TRJ (E.D. Va. Aug. 16, 2013); *see* Summ. J. Tr. 12–18, Aug. 16, 2013. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*